Bienert Katzman
Littrell Williams LLP

September 11, 2026

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

9/14/26 [signature]
John G. Koeltl, U.S.D.J.

**In re: *United States v. Castle*, No. 26-Cr-177-JGK**

Dear Judge Koeltl:

In connection with the above-captioned matter, and on behalf of our client Jaime Castle, we respectfully request that the Court excuse Mrs. Castle's personal appearance at the conference scheduled for October 6, 2026.

Mrs. Castle resides in Texas and has professional responsibilities that conflict with attending the October 6 conference in New York. Mrs. Castle's counsel will be present at the conference and is fully prepared to address any matters that may arise, including scheduling and other pretrial issues. Mrs. Castle's absence will not prejudice the proceedings in any way, and counsel will promptly advise Mrs. Castle of all developments at the conference.

Federal Rule of Criminal Procedure 43(b)(3) provides that a defendant need not be present when "[t]he proceeding involves only a conference or hearing on a question of law." *See also United States v. Jones*, 381 F.3d 114, 122 (2d Cir. 2004) (explaining that Rule 43(b)(3) "excepts proceedings that involve only a conference or hearing on a question of law from those which require the defendant's presence"). In addition, a defendant "may waive his [or her] right to be present, provided that waiver is made knowingly and voluntarily." *Pellington v. Greiner*, 307 F. Supp. 2d 601, 605 (S.D.N.Y. 2004), *aff'd*, 132 F. App'x 868 (2d Cir. 2005). A signed Waiver of Right to Be Present at Criminal Proceeding is being submitted concurrently with this letter as Exhibit A.

The Government has been advised of this application and does not oppose it.

We respectfully request that the Court grant this application and permit the October 6, 2026 conference to proceed without Mrs. Castle's personal appearance.

LOS ANGELES 360 E. 2nd St., Suite 625 Los Angeles, CA 90012 (213)528-3400
ORANGE COUNTY 903 Calle Amanecer, Suite 350 San Clemente, CA 92673 (949)369-3700

Respectfully submitted,

Sincerely,

BIENERT KATZMAN
LITTRELL WILLIAMS LLP

Dan Goldman
Anthony R. Bisconti
Colm B. Cross

cc: AUSA Thomas Burnett
AUSA Allison Nichols
AUSA Courtney Heavey