**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**- against -**

**JAIME CASTLE,**

**Defendant.**

---

**26-cr-177 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

As discussed at the conference held today, any motions are due on **October 30, 2026**. The time to respond is **November 20, 2026**. The time to reply, if at all, is **December 4, 2026**. The parties are directed to appear for a pre-trial conference on **February 10, 2027, at 11:00 a.m.** Notice of Rule 404(b) evidence is due on **August 9, 2027**. The parties should file any requests to charge, motions in limine, and voir dire requests by **August 20, 2027**. Responses and objections are due on **August 27, 2027**. The parties are directed to appear for a final pre-trial conference on **October 14, 2027, at 3:00 p.m.** The trial will begin on **October 26, 2027, at 9:00 a.m.**

**SO ORDERED.**

**Dated:** **New York, New York**
**October 6, 2026**

**John G. Koeltl**
**United States District Judge**