Bienert Katzman Littrell Williams LLP

October 9, 2026

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

10/12/26 John G. Koeltl, U.S.D.J.

**In re: *United States v. Castle*, No. 26-Cr-177-JGK**

Dear Judge Koeltl:

In connection with the above-captioned matter, and on behalf of our client Jaime Castle, we respectfully submit this letter to request that the Court modify certain travel restrictions in the May 18, 2026 Order Setting Conditions of Release, ECF No. 8 (the "Order").

By way of background, Mrs. Castle was arraigned on May 18, 2026, and released the same day on a $5,000,000 personal recognizance bond co-signed by three financially responsible persons. Among other conditions, the Order restricted Mrs. Castle's travel to New York, Texas, California, Illinois, Tennessee, Florida, and New Jersey. On May 29, 2026, counsel submitted a letter motion on behalf of Mrs. Castle requesting certain modifications to those travel restrictions, including the addition of the Eastern District of Pennsylvania, the District of Massachusetts, and the District of Arizona. The Court granted that application the same day. Mrs. Castle has complied and will continue to comply fully with all conditions of her pretrial release.

We now respectfully request that the Court modify Mrs. Castle's travel restrictions in the following two respects:

1. Travel to the District of Arizona

Mrs. Castle's employer maintains an office in Arizona. Mrs. Castle has been asked to travel to Arizona from November 18 through November 20, 2026, for work-related purposes in connection with her employment. We respectfully request that the Court grant Mrs. Castle permission to travel to the District of Arizona for the limited purpose of attending to these professional obligations during those dates.

2. Travel to Mexico

Mrs. Castle's presence has been requested at the National Sales Retreat for her current employer at the Grand Fiesta Americana hotel in Cabo San Lucas, Mexico, from January 6

through January 9, 2027. The sales conference is work-related and connected to Mrs. Castle's professional responsibilities. We respectfully request that the Court grant Mrs. Castle permission to travel to Mexico for the limited purpose of attending this conference during those dates. In connection with this request, we further request that the Court (1) order Pretrial Services to return Mrs. Castle's passport in advance of the trip, (2) order Mrs. Castle to provide her itinerary to Pretrial Services by December 27, 2026, and (3) order Mrs. Castle to surrender her passport to Pretrial Services promptly upon her return.

* * *

None of the requested modifications would alter any other condition of Mrs. Castle's release.

We have conferred with Mrs. Castle's United States Pretrial Services Officer regarding the instant application, and he does not oppose the requested modifications. We have also conferred with the Government regarding the instant application, and the Government defers to the judgment of Mrs. Castle's United States Pretrial Services Officer.

We thank Your Honor for consideration of this request.

Sincerely,

BIENERT KATZMAN
LITTRELL WILLIAMS LLP

Dan Goldman
Anthony R. Bisconti
Colm B. Cross

cc: AUSA Thomas Burnett
AUSA Allison Nichols
AUSA Courtney Heavey