Bienert Katzman
Littrell Williams LLP

October 27, 2026

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

10/28/26

**In re:** ***United States v. Castle*, No. 26-Cr-177-JGK**

***Letter Motion to Seal Unredacted Version of Defendant's Omnibus Pretrial Motions and Supporting Exhibits***

Dear Judge Koeltl:

In connection with the above-referenced matter, and on behalf of our client Jaime Castle, we respectfully request leave to file under seal the unredacted versions of (i) Mrs. Castle's Omnibus Pretrial Motions (the "Motion") and (ii) the Declaration of Daniel Z. Goldman and exhibits thereto (the "Goldman Declaration").

Pursuant to this Court's Order dated October 6, 2026, ECF No. 22, Mrs. Castle will be filing the Motion and Goldman Declaration on October 30, 2026.

This morning, the Government filed a Motion for Protective Order. ECF No. 28. The Motion and Goldman Declaration reference and include materials the Government has designated as confidential pursuant to the Protective Order agreed to between the United States and Mrs. Castle. Therefore, Mrs. Castle respectfully requests leave to file the unredacted versions of the Motion and Goldman Declaration under seal, and to file redacted versions of the Motion and Goldman Declaration publicly on ECF.

Consistent with Your Honor's Individual Practices, Mrs. Castle will lodge the proposed sealed Motion and Goldman Declaration to Chambers by email.

We thank Your Honor for consideration of this request.

LOS ANGELES 360 E. 2nd St., Suite 625 Los Angeles, CA 90012 (213)528-3400
ORANGE COUNTY 903 Calle Amanecer, Suite 350 San Clemente, CA 92673 (949)369-3700

Sincerely,

BIENERT KATZMAN
LITTRELL WILLIAMS LLP

Dan Goldman
Anthony R. Bisconti
Colm B. Cross

cc: AUSA Thomas Burnett
AUSA Allison Nichols
AUSA Courtney Heavey